E. BRYAN WILSON
Acting United States Attorney

JAMES KLUGMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: james.klugman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>KIRK GRABLE, a/k/a "Brooklyn,"<br><br>                Defendant. | No. 3:21-cr-00087-SLG-MMS<br><br><u>COUNTS 1 and 3</u>:<br>DISTRIBUTION OF A CONTROLLED SUBSTANCE<br>   Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(A), (B)<br><br><u>COUNTS 2, 4, and 6</u>:<br>POSSESSION OF A FIREARM IN FURTHERANCE OF DRUG TRAFFICKING CRIME<br>   Vio. of 18 U.S.C. § 924(c)(1)(A)(i)<br><br><u>COUNT 5</u>:<br>POSSESSION OF CONTROLLED SUBSTANCES WITH INTENT TO DISTRIBUTE<br>   Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(A) and (B) |

COUNT 7:
FELON IN POSSESSION OF A FIREARM
    Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

CRIMINAL FORFEITURE ALLEGATION 1
   21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c)

CRIMINAL FORFEITURE ALLEGATION 2
    18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1

On or about June 1, 2021, within the District of Alaska, the defendant, KIRK GRABLE, a/k/a "Brooklyn," knowingly and intentionally distributed a controlled substance, to wit: 5 grams or more of pure methamphetamine.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B).

## COUNT 2

On or about June 1, 2021, within the District of Alaska, the defendant, KIRK GRABLE, a/k/a "Brooklyn," knowingly possessed a firearm in furtherance of the drug trafficking crime charged in Count 1.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT 3

On or about June 9, 2021, within the District of Alaska, the defendant, KIRK GRABLE, a/k/a "Brooklyn," knowingly and intentionally distributed a controlled substance, to wit: 50 grams or more of pure methamphetamine.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A).

## COUNT 4

On or about June 9, 2021, within the District of Alaska, the defendant, KIRK GRABLE, a/k/a "Brooklyn," knowingly possessed a firearm in furtherance of the drug trafficking crime charged in Count 3.

## COUNT 5

On or about August 25, 2021, within the District of Alaska, the defendant, KIRK GRABLE, a/k/a "Brooklyn," knowingly and intentionally possessed a controlled substance with intent to distribute, to wit: 50 grams or more of pure methamphetamine and 100 grams or more of a mixture and substances containing a detectible amount of heroin.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A) and (B).

## COUNT 6

On or about August 25, 2021, within the District of Alaska, the defendant, KIRK GRABLE, a/k/a "Brooklyn," knowingly possessed a firearm in furtherance of the drug trafficking crime charged in Count 5.

//

//

## COUNT 7

Beginning on or about June 9, 2021, and continuing until at least August 25, 2021, within the District of Alaska, the defendant, KIRK GRABLE, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, firearms, to wit: a Glock 10mm semi-automatic pistol and associated ammunition.

### Prior Convictions

| Conviction Date | Offense | Court | Case Number |
| --- | --- | --- | --- |
| July 13, 2005 | Felon in Possession of Firearms | U.S. District Court, District of Alaska | 3:01-cr-00128-JWS |
| July 13, 2005 | Possession of a Machinegun | U.S. District Court, District of Alaska | 3:01-cr-00128-JWS |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## CRIMINAL FORFEITURE ALLEGATION 1

The allegations contained in Count 5 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2) and 28 U.S.C. § 2461(c).

Upon conviction for the offense in violation of 21 U.S.C. § 841 set forth in Count 5 of this Indictment, the defendant, KIRK GRABLE, shall forfeit to the United States any property constituting or derived from, and any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses, including but not limited to: approximately $21,406 in U.S. currency seized on August 25, 2021.

All pursuant to 21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

CRIMINAL FORFEITURE ALLEGATION 2

The allegations contained in Counts 2, 4, and 6 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction for the offenses in violation of 18 U.S.C. §§ 922(g)(1) and 924(c)(1)(A)(i) set forth in Counts 2, 4, or 6 of this Indictment, the defendant, KIRK GRABLE, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms and ammunition used in knowing violation of the offense, including but not limited to: a Glock 10mm semiautomatic pistol, serial number CDH536US, and associated ammunition.

//

//

//

//

//

//

//

//

//

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

<u>s/ Grand Jury Foreperson</u>
GRAND JURY FOREPERSON

<u>s/ James Klugman</u>
JAMES KLUGMAN
Assistant U.S. Attorney
United States of America

<u>s/ E. Bryan Wilson</u>
E. BRYAN WILSON
Acting United States Attorney
United States of America

DATE: <u>September 21, 2021</u>